UNITED STATES DISTRICT COURT FOR THE ~~NORTHERN~~ MIDDLE DISTRICT OF FLORIDA
___~~ORLANDO~~ Tampa___ DIVISION

## EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### TO BE USED BY PRO SE LITIGANTS IN ACTIONS
FILED UNDER 42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act)
OR 42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

RALPH ASHTON ,

(Name of Plaintiff)

VS.

CASE NO: 8:18CV 563 T 36MAP
(To be assigned by Clerk)

FEDERAL EXPRESS CORPORATION ,

_____.

(Name of Defendant which should

generally be the name of the Employer.)

2018 MAR -8 PH 3:24
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
FILED

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:



I. **PARTIES:**

A. **PLAINTIFF:**

State your <u>full name</u>, full mailing address, and phone number:

Name of Plaintiff: RALPH ASHTON JR

Mailing address: 508 Reddicks Circle
Winter Haven, FL 33884

Phone # (951) 201-0742

B. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line (place where you were employed or sought employment) and mailing address.

Defendant's name: Federal Express Corporation
Mailing address: 3660 Hacks Cross rd
Building B, Third floor
Memphis, TN 38125

**PLEASE CONTINUE ANSWERING ALL QUESTIONS ON THE FOLLOWING PAGES**

2

## II.    FACTUAL BACKGROUND:

1.    Defendant Employer is: _Federal Express Corporation_

2.    Defendant's business is: _Delivery Service_

Business address - location of headquarters: _3660 Hacks Cross rd. Building B Third Floor, Memphis TN. 38125_

*(They have a service center in Lakeland where I worked)*

3. †    Plaintiff ☐ sought employment from Defendant on _____

or ☒ was employed by Defendant from _Dec 1998_ until _Jan 23, 2013_

4.    The location where Plaintiff was employed or sought employment was:

(street address)    _1900 Interstate Dr_

(city/county and state)    _Lakeland, FL. 33805 Polk County_

5.    Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission on: _within 300 day of employers Final Determination_

6.    The Respondent(s) named on the EEOC charging document: _Sandra Ison Lead counsel- Litigation_ . (attach document).

7.    Defendant discriminated against Plaintiff as described in Section III of this complaint on or about _____ (day) _up until 2013 when terminated_ (month), and _2013_ (year).

8.    As claimed in the EEOC charging document, Defendant discriminated against Plaintiff because of Plaintiff's:    ☐ gender/sex _____ (please identify)

☒ race _____    ☒ color _____

☐ religion _____    ☐ national origin _____

☐ disability _____    ☐ age  *Date of Birth is* _____

☐ other (explain): _retaliation_ _____

9.    Defendant discriminated against Plaintiff when Defendant:

☐ failed to hire Plaintiff    ☒ terminated Plaintiff's employment

☐ failed to promote Plaintiff    ☐ retaliated against Plaintiff

☐ failed to accommodate Plaintiff's disability    ☒ unequal treatment

☐ other (explain): _wrongfully disciplined_ _____

10.    The EEOC issued a Notice of Right to Sue which was dated: _Dec 14, 2017_ and which was received by Plaintiff on _Dec 22, 2017_ .

» »    The notice is attached to this complaint.    ☒ yes ☐ no    « «

11.    Plaintiff also filed charges concerning this discrimination with the Florida Commission on Human Relations on: _N/A_ _____ or ☐ did not file.

3

**JURISDICTIONAL AND STATUTORY BASIS OF CLAIM:**

This action is brought for discrimination in employment pursuant to:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117

*Note: To bring suit in federal court under any of the above Acts, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.

## III.    STATEMENT OF FACTS:

Briefly state the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> *You must set forth separate factual allegations in separately numbered paragraphs. Additional pages may be added to state the relevant facts if necessary. Absent extraordinary circumstances, no more than two (2) additional pages should be attached.*

I am an African American employed as a courier by Federal Express Corporation at the Lakeland office. I was treated differently from white employees in terms of discipline and termination. Some of the instances include receiving a disciplinary warning letter given to me by manager Ivan Ellin for committing an unsafe act by having the bulkhead door of my work vehicle open while parked at a customer location and that I was in direct violation of company policy. The policy clearly states the violation is "Failure to have the driver side door or bulkhead door closed when vehicle is in motion, which it was not. ② Failure to comply with the Federal Motor Carrier hours of Service police (HOS) set forth by the Department of Transportation (DOT), which includes exceeding 12 hours of work in a 24 hour period. This was a lie. The

actual DOT policy states that drivers are not to exceed 14 hours of service and not 12. Manager Evan Ellin stated in an unemployment hearing that any driver who goes over 12 hours has to fill out a log book and is also given a warning letter of discipline. I have a list of several drivers who have exceeded 12 hours of work and received no disciplinary actions against them. those drivers are: Ray Anderson who on February 4, 2013 accumulated almost 14 hours of work, Alex White who received 12hrs/45min on Feb 14, 2013, 12hrs/30min on November 30, 2015, 13hrs/45 min on Nov 28, 2016, Mark Ketchum over 12 hrs of work on Oct 14, Nov 19 of 2015 and several more times to include over 14 hrs of work on December 21, 2016. Alton C. Johnson who accumulated over 14 hrs of work on May 31, 2017 and Don Boswell who accumulated 12 hrs/55min on November 19, 2015 all of whom are white employees. I was written up for giving my outbound packages to another courier without management approval. when those same drivers have done the same thing and this is a common practice that is not against policy. I have several more instances of such different treatment that can be provided to the court. I have been damaged in a way the I no longer make the wages I used to a fedex and would like to respectfully seek damages for lost wages, benefits and expenses related to termination. False defamatory statements were made against me by representatives of the company. These were made in writing and spoken, some in an unemployment hearing recording, which can be provided to the court also. These statements were conveyed to others causing financial

12. The facts as set forth above in Section III of this complaint:

☐ are still being committed by Defendant against Plaintiff

☑ are no longer being committed by Defendant against Plaintiff    (defamation may have continued*)

13. Plaintiff: ☐ still works for Defendant ☒ no longer works for Defendant, or not hired.

damage such as the ability to obtain employment and causing a temporary hault of unemployment benefits.

It is my understanding that fedex may claim I was bound to follow their procedures in an alternate resolution, so I would like to request the court allow my case to proceed in court or at least retain authority over the case to ensure that all actions comply with the law.

14. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ yes   ☒ no   Explain: _____

_____

## IV.   REQUEST FOR RELIEF:

As relief from the allegations of discrimination as stated above, Plaintiff prays that the Court grant the following relief to Plaintiff:

☒ Defendant be directed to employ Plaintiff
☒ Defendant be directed to re-employ Plaintiff
☐ Defendant be directed to promote Plaintiff
☒ Defendant be directed to *pay monetary damages with wage increases and Benefits*

As additional relief to make Plaintiff whole, Plaintiff seeks: _____

_____
_____

☐ injunctive relief (please explain): _____
☒ monetary damages (please explain): _____
☒ costs and fees involved in litigating this case.
and such other relief as may be appropriate, including attorney's fees, if applicable.

Plaintiff seeks a ☒ jury trial   ☐ bench trial (without jury)

**I, hereby, declare under penalty of perjury that the foregoing statements have been written by me and are true and correct.**

03-05-2018
(Date)

_____
(Signature of Plaintiff)

*Ralph Ashton Jr.*
(please print or type name legibly)

*12611 Princeleigh St.*
*Upper Marlboro, MD. 20774*
*(951) 201 0742*
(full mailing address)

Revised 08/2005

6